Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellant.

BURYA ET AL., APPELLEES, *v.* LAKE METROPARKS BOARD
OF PARK COMMISSIONERS, APPELLANT, ET AL.

[Cite as *Burya v. Lake Metroparks Bd. of Park Commrs.,*
114 Ohio St.3d 35, 2007-Ohio-2712.]

(Nos. 2006–2078 and 2006–2094—Submitted
May 23, 2007—Decided June 20, 2007.)

{¶ 1} The certified question is answered in the negative, and the judgment of the court of appeals holding that the trial court erred in granting summary judgment to appellant is reversed on the authority of *Elston v. Howland Local*

*Schools,* 113 Ohio St.3d 314, 2007-Ohio-2070, 865 N.E.2d 845. The judgment of the trial court granting appellant's motion for summary judgment is reinstated.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

PFEIFER, J., dissents and would answer the certified question in the affirmative and affirm the judgment of the court of appeals.

---

Rosplock & Perez, Richard J. Perez, and Jesse M. Schmidt, for appellees.

Law Offices of Steven K. Kelley and Cornelius J. O'Sullivan, for appellant.